## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

LAST-TEAR POA                                          CIVIL ACTION

VERSUS

UR MENDOZA JADDOU, ET AL.                    NO. 24-00887-BAJ-RLB

### ORDER

Before the Court is **Defendants' Unopposed Motion To Stay Case In Light Of Lapse Of Appropriations (Doc. 42),** asking the Court to stay this case until Congress has restored appropriations for the Department of Justice ("DOJ"). Defendants indicate that DOJ attorneys and Defendants' employees are "prohibited from working, even on a voluntary basis, except in very limited circumstances, including 'emergencies involving the safety of human life or the protection of property.'" (*Id.* at 1). Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** until Congress has restored appropriations to the DOJ.

**IT IS FURTHER ORDERED** that Defendants shall immediately notify the Court upon a restoration of appropriations to the DOJ. At that time, the Court will reopen the above-captioned matter and refer this case to the Magistrate Judge for the issuance of a revised Scheduling Order.

Baton Rouge, Louisiana, this ____ day of October, 2025

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**